IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:     Keino Coley
          Selena Thompson,          CHAPTER 13
               Debtor(s).           CASE NO. 16-30780

## OBJECTION TO CONFIRMATION

COMES NOW Montgomery Realty, Inc., by and through counsel, and objects to the Confirmation of the Debtor's Plan for the following reasons:

1.     The claim of Montgomery Realty, Inc. ought to be secured instead of unsecured.

WHEREFORE, the Creditor objects to confirmation of the Debtor's Plan for the above reasons, as well as any other reason that could be brought out at an Evidentiary Hearing.

                  /s/ Richard C. Dean, Jr.
                  Attorney for Montgomery Realty, Inc.

OF COUNSEL
P.O. Box 1028
Montgomery, AL 36101-1028
334-264-2896
JW

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the following interested parties electronically (CM/ECF) or by placing a copy of the same in the United States mail, postage prepaid and properly addressed on the date that this document is filed in the above case.

| Keino Coley | Joshua C. Milam, Esq. | Mr. Curtis C. Reding, Trustee |
|---|---|---|
| 847 Lower Dublin Road | 566 S. Perry Street | P.O. Box 173 |
| Ramer, AL 36069 | Montgomery, AL 36104 | Montgomery, AL 36101 |

                  /s/ Richard C. Dean, Jr.
                  OF COUNSEL