UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

In re                                            Case No. 16–30780
                                                 Chapter 13
Keino Coley and Selena Thompson

    Debtors

## ORDER

This case is before the court on the following matter:

**22** – Rule 9007 Motion/Notice/Objection: Motion to Avoid Lien Montgomery Realty, Inc. filed by Joshua C. Milam on behalf of Keino Coley, Selena Thompson. Responses due by 06/6/2016. (Milam, Joshua)

It appears that notice has been given pursuant to LBR 9007–1 and that no response has been filed. Accordingly, it is

**ORDERED,** that the motion/objection is **GRANTED** according to the terms stated.

Done this 7th day of June, 2016.

*Dwight A. Williams, Jr.*

Dwight H. Williams Jr.
United States Bankruptcy Judge

```
                          United States Bankruptcy Court
                           Middle District of Alabama
In re:                                                         Case No. 16-30780-DHW
Keino Coley                                                    Chapter 13
Selena Thompson
         Debtors                        CERTIFICATE OF NOTICE
District/off: 1127-2          User: admin                 Page 1 of 2                   Date Rcvd: Jun 07, 2016
                              Form ID: ADI9007            Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 09, 2016.
db/jdb         +Keino Coley,    Selena Thompson,    847 Lower Dublin Road,    Ramer, AL 36069-5125
3511136        +ALABAMA TITLE LOANS,    3530 ATLANTA HWY.,    MONTGOMERY, AL 36109-3620
3511138        +BAPTIST MEDICAL CENTER EAST,    PO BOX 241145,    Montgomery, AL 36124-1145
3511141         CHARTER COMMUNICATIONS,    184 Bayberry Rd,    Jacksonville, FL 32256
3511139        +Capstone Finance,    3207 Atlanta Highway,    Montgomery, AL 36109-3435
3511143        +DR. BORG,    1111 OLIVE STREET,    Montgomery, AL 36106-1129
3511133         EQUIFAX INFORMATION SERVICES LLC,    P.O. BOX 740241,    Atlanta, GA 30374-0241
3511135         EXPERION,    P.O. BOX 9701,    Allen, TX 75013-9701
3511144        +FIRST PREMIER,    3820 N LOUISE AVE,    Sioux Falls, SD 57107-0145
3511145        +HAYNES AMBULANCE,    PO BOX 1515,    Wetumpka, AL 36092-0028
3511146        +Hon. Dee Dee Calhoun,    ASSISTANT UNITED STATES ATTY.,    131 CLAYTON ST,
                 Montgomery, AL 36104-3429
3511148        +JACKSON HOSPITAL,    1725 PINE STREET,    Montgomery, AL 36106-1117
3511150         KNOLOGY,    1241 O. G. SKINNER DRIVE,    West Point, GA 31833-1789
3511149        +KNOLOGY,    4200 INTERNATIONAL PKWY,    Carrollton, TX 75007-1912
3511151        +MONTGOMERY REALTY INC,    8202 OLD FEDERAL RAD STE B,    Montgomery, AL 36117-8030
3529042        +Montgomery Realty, Inc.,    c/o Richard C. Dean, Jr.,    P.O. Box 1028,
                 Montgomery, AL 36101-1028
3512278         Navient Solutions, Inc. on behalf of USA Funds,    Attn: Bankruptcy Litigation Unit E3149,
                 PO Box 9430,    Wilkes Barre, PA 18773-9430
3511152        +RICHARD DEAN, ESQ.,    P.O. BOX 1028,    MONTGOMERY, AL 36101-1028
3511134         TRANSUNION CONSUMER SOLUTIONS,    P.O. BOX 2000,    CHESTER, PA 19022-2000
3511157        +US DEPARTMENT OF EDU,    2505 S FINLEY ROAD,    Lombard, IL 60148-4867
3511159        +WELLS FARGO,    800 MADISON AVE,    Montgomery, AL 36104-2717

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
3511140        +E-mail/PDF: BANKRUPTCYEBN@CHARTERCOM.COM Jun 07 2016 20:32:33     CHARTER COMMUNICATIONS,
                 5990 MONTICELLO DR,    Montgomery, AL 36117-6210
3511142        +E-mail/Text: defaultspecialty.us@bbva.com Jun 07 2016 20:40:06     COMPASS BANK,
                 P. O. BOX 10566,    BIRMINGHAM, AL 35296-0001
3523190        +E-mail/PDF: BANKRUPTCYEBN@CHARTERCOM.COM Jun 07 2016 20:32:32     Charter Communications,
                 Attention: Cash Management,    4670 E. Fulton, Suite 102,    Ada, MI 49301-8409
3511147        +E-mail/Text: cio.bncmail@irs.gov Jun 07 2016 20:39:48     INTERNAL REVENUE SERVICE,
                 P.O. BOX 7346,    Philadelphia, PA 19101-7346
3511153        +E-mail/Text: bankruptcy.noticing@security-finance.com Jun 07 2016 20:39:43     SECURITY FINANCE,
                 181 SECURITY PLACE,    Spartanburg, SC 29307-5450
3534125        +E-mail/Text: bankruptcy.noticing@security-finance.com Jun 07 2016 20:39:43
                 SFC Central Bankruptcy,    PO Box 1893,    Spartanburg, SC 29304-1893
3511154        +E-mail/Text: bankruptcy@speedyinc.com Jun 07 2016 20:39:51     SPEEDY CASH,    3611 N RIDGE ROAD,
                 Wichita, KS 67205-1214
3511155        +E-mail/Text: bankruptcy@speedyinc.com Jun 07 2016 20:39:51     Speedy Cash,
                 1501 Eastern Bypass,    Montgomery, AL 36117-1605
3511156         Fax: 912-629-1539 Jun 07 2016 21:07:00     TITLE BUCKS,    5300 ATLANTA HWY,
                 Montgomery, AL 36109
3511158        +E-mail/PDF: pa_dc_litigation@navient.com Jun 07 2016 20:32:29     USA FUNDS,    PO BOX 6180,
                 Indianapolis, IN 46206-6180
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             Montgomery Realty, Inc.,    c/o Richard C. Dean, Jr.,    P.O. Box 1028,
                 Montgomery, AL  36101-1028
3511137        ##+ALLIED INTERSTATE,    P.O. BOX 4000,    Warrenton, VA 20188-4000
                                                                                              TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2016　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2016 at the address(es) listed below:

```
          Bankruptcy Administrator    ba@almb.uscourts.gov
          Curtis C. Reding    trustees_office@ch13mdal.com
          Joshua C. Milam    on behalf of Debtor Keino  Coley jmilam@smclegal.com, smclegalecf@gmail.com
          Joshua C. Milam    on behalf of Joint Debtor Selena  Thompson jmilam@smclegal.com,
           smclegalecf@gmail.com
          Richard C. Dean, Jr.    on behalf of Creditor   Montgomery Realty, Inc. rdean@mindspring.com,
           pabbott@deanlawfirm.org;jwilson@deanlawfirm.org
          Richard D. Shinbaum    on behalf of Joint Debtor Selena  Thompson rshinbaum@smclegal.com,
           smclegalecf@gmail.com
          Richard D. Shinbaum    on behalf of Debtor Keino  Coley rshinbaum@smclegal.com,
           smclegalecf@gmail.com
                                                                                       TOTAL: 7
```