# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE:<br><br>KEINO COLEY<br>SSAN: XXX-XX-2802<br><br>SELENA THOMPSON<br>SSAN: XXX-XX-6259<br><br>Debtor(s) | Case No. 16-30780-DHW<br>Chapter 13 |

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, by and through the undersigned counsel, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s)' plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on March 25, 2016.

2. The debtor(s) §341 Meeting of Creditors was held May 12, 2016.

(**X**) The debtor has filed an objection to claim in the aboved styled case. Feasibility of the debtor's plan cannot be determined until the objection to claim has been resolved.

WHEREFORE, the above premises considered, Trustee objects to confirmation of the debtors' plan and requests that either confirmation be denied or the case be continued until such time as the above referenced issues have been resolved.

Respectfully submitted this June 13, 2016.

| | |
|---|---|
| Office of the Chapter 13 Trustee<br>P. O. Box 173<br>Montgomery, AL 36101-0173<br>Phone: (334)262-8371<br>Fax: (334)262-8599<br>email: mckinneys@ch13mdal.com | Curtis C. Reding<br>Chapter 13 Trustee<br><br><br><br>By:/s/ *Sabrina L. McKinney*<br>Sabrina L. McKinney |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have served copies of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this June 13, 2016.

| | |
|---|---|
| Copy to: DEBTOR(S)<br>JOSHUA C MILAM | /s/ *Sabrina L. McKinney*<br>Sabrina L. McKinney |